# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH CALLISON,<br><br>        Plaintiffs<br><br>v.<br><br>SAMUEL LOPEZ, et al.,<br><br>        Defendants | CASE NO. 1:18-CV-970 AWI<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>(Doc. No. 8) |

On May 25, 2021, the parties filed a stipulation for dismissal with prejudice. See Doc. No. 8. The stipulation is signed by all parties who have appeared. See id.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, again all parties who have appeared in this case have signed the stipulated dismissal. See Doc. No. 8. Because the parties have signed the stipulated dismissal with prejudice, this case has terminated automatically. See Fed. R. Civ. P. 41(a)(1)(A); <u>Yesh Music</u>, 727 F.3d at 362; <u>Commercial Space</u>, 193 F.3d at 1077.

Therefore, IT IS HEREBY ORDERED that the Clerk is to CLOSE this case in light of the parties' filed and properly signed Rule 41(a)(1) stipulation of dismissal with prejudice (Doc. No. 8).

IT IS SO ORDERED.

Dated:  May 26, 2021

_____
SENIOR DISTRICT JUDGE

2